**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
|     Plaintiffs, | § | |
| | § | Case No. 2:16-cv-00642-JRG |
| v. | § | LEAD CASE |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| VOXERNET LLC, | § | Case No. 2:16-cv-00644-JRG |
|     Defendants. | | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS BY UNILOC AGAINST VOXERNET LLC**

Having considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against Voxernet LLC (Dkt. No. 162), filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant Voxernet LLC ("Voxernet"), the Court finds that the case should be **DISMISSED** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, it is **ORDERED** that:

1.     Any and all claims by Uniloc against Voxernet are dismissed with prejudice.

2.     Uniloc and Voxernet shall each bear their own attorney's fees, expenses, and costs.

3.     All other relief requested between Uniloc and Voxernet is hereby DENIED AS MOOT.

**So ORDERED and SIGNED this 28th day of December, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE